IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| ARDEN G. CARKHUFF,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH G. SINGLETON AND WILLIAMS BROTHERS TRUCKING, INC,<br><br>    Defendants. | Civil Action No. 2:16-cv-00505-CWH<br><br>**NOTICE OF REMOVAL** |

TO:   T. MICAH LEDDY, ESQUIRE, ATTORNEY FOR PLAINTIFF:

YOU WILL PLEASE TAKE NOTICE that the Defendants, Kenneth G. Singleton and Williams Brothers Trucking, Inc., remove the above-captioned case from the Circuit Court of Colleton County, South Carolina, into the United States District Court, District of South Carolina, Charleston Division. This removal is proper on the following grounds:

1. A civil action has been commenced and is now pending in the Circuit Court of Colleton County, State of South Carolina, styled *Arden G. Carkhuff v. Kenneth G. Singleton and Williams Brothers Trucking, Inc.,* Civil Action Number 2015-CP-15-01266.

2. This action is one in which the United States District Courts have original jurisdiction because the action involves a controversy which is wholly between citizens of different states, in that Plaintiff was at the time of the commencement of this action, and still is, a citizen and resident of the State of Maryland. The Defendant Kenneth G. Singleton was at the time of the commencement of this action, and still is, a citizen of the State of South Carolina.

The Defendant Williams Brothers Trucking, Inc. was at the time of the commencement of this action, and still is, incorporated with its principal place of business in the State of Georgia.

3. The Defendants are entitled to removal of the aforesaid action to this Court because complete diversity of citizenship exists between the Plaintiff and the Defendants and the amount in controversy exceeds the jurisdictional amount required by 28 U.S.C. § 1332.

4. This action was commenced by service of the Summons and Complaint, attached hereto as Exhibit A, on Williams Brothers Trucking on January 20, 2016. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is filed within thirty (30) days of service upon Defendant Williams Brothers Trucking of the initial pleadings setting forth the claim upon which relief is requested. These Defendants will serve an Answer or responsive pleading as provided by law.

5. The Honorable Patricia C. Grant, Clerk of Court of Colleton County, has been provided a copy of this Notice of Removal.

WHEREFORE, the Defendants give notice that the aforesaid action is removed from the Circuit Court of Colleton County, State of South Carolina, and to this Court for trial and determination.

                    McANGUS GOUDELOCK & COURIE, LLC

                    *s/James D. Smith, Jr.*
                    James D. Smith, Jr.
                    Federal ID # 7197
                    Post Office Box 650007
                    735 Johnnie Dodds Blvd, Suite 200 (29464)
                    Mt. Pleasant, South Carolina 29465
                    (843) 576-2900

                    ATTORNEYS FOR DEFENDANTS, KENNETH G. SINGLETON AND WILLIAMS BROTHERS TRUCKING, INC.

Mt. Pleasant, South Carolina
February 19, 2016