IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| ARDEN G. CARKHUFF,<br><br>   Plaintiff,<br><br>vs.<br><br>KENNETH G. SINGLETON AND WILLIAMS BROTHERS TRUCKING, INC,<br><br>   Defendants. | Civil Action No.  2:16-cv-00505-CWH<br><br>**CERTIFICATE OF SERVICE** |

  I certify that on this date, I have served a copy of **(1) Notice of Removal by Defendants Kenneth G. Singleton and Williams Brothers Trucking, Inc., (2) Answer to Complaint, and (3) Defendants' Local Rule 26.01 Answers to Interrogatories** in this action on counsel of record by mailing copies of same, electronically and/or postage prepaid, in the U.S. Mail with sufficient postage affixed, addressed as follows:

    T. Micah Leddy
    Leddy Law Firm, LLC
    2008 Lincoln Street
    Columbia, South Carolina 29201
    **Attorney for Plaintiff**

        *s/James D. Smith, Jr.*
        James D. Smith, Jr., Federal ID # 7197
        Post Office Box 650007
        735 Johnnie Dodds Blvd, Suite 200 (29464)
        Mt. Pleasant, South Carolina 29465
        (843) 576-2900

        ATTORNEYS FOR DEFENDANTS, KENNETH G. SINGLETON AND WILLIAMS BROTHERS TRUCKING, INC.

February 19, 2016